UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 10-01492 ODW (FMOx) | Date | September 3, 2010 |
| Title | *Moreno v. La Curacao, et al.* | | |

| | | |
|---|---|---|
| Present: The Honorable | Otis D. Wright II, United States District Judge | |
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**   Order to Show Cause Re: Judicial Notice of Court Files

     Federal Rule of Evidence 201(c) allows the Court to *sua sponte* take judicial notice of any adjudicative fact "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Rule 201(e) further provides for the "opportunity to be heard as to the propriety of taking judicial notice and the tenor of the matter noticed."

     The Court has become aware of numerous Central District of California matters involving both Plaintiff and Plaintiff's Counsel that are strikingly similar to that currently pending before this Court. These matters include cases filed and resolved beginning not later than 1999, as well as cases currently pending before other judges. Of particular note are cases numbered CV 10-2863 MMM (SSx) and CV 10-3625 GHK (MANx), wherein the complaints filed are nearly identical to that before this Court.

     Plaintiff is hereby **ORDERED TO SHOW CAUSE**, in writing, no later than **two weeks** from the date of this Order why this Court should not take judicial notice of all of the other matters, past and present, that Plaintiff and Plaintiff's Counsel have jointly filed in the Central District of California asserting the same claim as that asserted before this Court. **Failure to comply with this Order will result in the Court's taking judicial notice of these matters in the consideration of Plaintiff's currently pending Application for Default Judgment.** (Dkt. # 20.)

IT IS SO ORDERED.

:   00

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-01492 ODW (FMOx) | Date | September 3, 2010 |
|---|---|---|---|
| Title | *Moreno v. La Curacao, et al.* | | |

| | Initials of Preparer | RGN |
|---|---|---|