UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MORENO,<br><br>          Plaintiff,<br><br>v.<br><br>LA CURACAO, A California Corporation; ADIR INTERNATIONAL, LLC, A Delaware Limited Liability Company; EL PASEO SOUTH GATE, LLC, A California Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No.: 2:10-CV-01492-ODW-FMO<br><br>**JUDGMENT** |

Based on this Court's September 22, 2010 granting of the application for default judgment, **JUDGMENT** shall be for plaintiff JUAN MORENO and against defendants LA CURACAO, ADIR INTERNATIONAL, LLC, and EL PASEO SOUTH GATE, LLC, jointly and severally, in the amount of $4,600.00 plus any costs awarded pursuant to Local Rule 54-3.

Dated: October 5, 2010   /s/   _____
                              HONORABLE OTIS D. WRIGHT, II.
                              UNITED STATES DISTRICT COURT JUDGE